# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2006

*Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)*

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Albritton, William H | District Court - MD Alabama | 05/14/2007 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| District Judge - Senior | ☐ Nomination, Date<br>☐ Initial ☒ Annual ☐ Final<br>**5b.** ☐ Amended Report | 01/01/2006<br>to<br>12/31/2006 |

| 7. Chambers or Office Address | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. |
|---|---|
| P. O. Box 629<br>Montgomery, AL 36101 | Reviewing Officer_____ Date_____ |

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of instructions.)*

[X] NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of instructions.)*

[X] NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

RECEIVED 2007 MAY 21 P 12:00 FINANCIAL DISCLOSURE OFFICE

| Name of Person Reporting | Date of Report |
|---|---|
| Albritton, William H | 05/14/2007 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2006 | Merrill Lynch IRA Distributions | $ 10200.00 |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☒ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## IV. REIMBURSEMENTS – *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)*

☐ NONE *(No reportable reimbursements.)*

| SOURCE | DESCRIPTION |
|---|---|
| 1. University of Alabama School of Law | 3/5-6 - Tuscaloosa, AL - Albritton Lecture (food, hotel) |
| 2. George Mason University Law & Economics Center | 6/8-11 - Monterey, CA - Samuel Johnson Seminar (travel, food, hotel) |
| 3. American College of Trial Lawyers | 3/9-10 - Sea Island, GA - Judicial Panel (travel, food, hotel) |
| 4. | |
| 5. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Albritton, William H | 05/14/2007 |

## V. GIFTS. *(Includes those to spouse and dependent children. See pp. 28-31 of instructions.)*

[X]  NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children. See pp. 32-33 of instructions.)*

[X]  NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Albritton, William H | 05/14/2007 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Regions Bank - savings account | A | Interest | J | T | | | | | |
| 2. Regions Financial Corp. - common stock | D | Dividend | M | T | | | | | |
| 3. TV Cable Co of Andalusia - common stock | C | Dividend | L | W | | | | | |
| 4. Salomon Bros. Inv. Fd - mutual funds - (see additional inf.) | A | Dividend | K | T | | | | | |
| 5. Legg Mason Partners Inv. Value FD O (see additional inf.) | C | Dividend | K | T | | | | | |
| 6. Exxon - common stock | D | Dividend | N | T | | | | | |
| 7. General Electric - common stock | C | Dividend | M | T | | | | | |
| 8. Southern Company - common stock | B | Dividend | K | T | | | | | |
| 9. IBM - common stock | A | Dividend | J | T | | | | | |
| 10. Pfizer - common stock | A | Dividend | K | T | | | | | |
| 11. Eaton Vance Nat - municipal fund | B | Dividend | K | T | | | | | |
| 12. University of Alabama - bonds | A | Interest | | | Redemption | 6/1 | K | A | |
| 13. Daphne, AL Wts & Impt bonds | A | Interest | K | T | Buy | 5/31 | K | | |
| 14. Merrill Lynch - Cash Money Accounts (See additional comments | A | Interest | J | T | | | | | |
| 15. Merrill-Lynch IRA (assets: lines 16-28) | D | Div/Int | M | T | | | | | |
| 16. -Merrill Lynch Retirement Reserves | | | | | | | | | |
| 17. -Merrill Lynch Basic Value Fd Cl B | | | | | Redemption | 5/17 | K | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | T =Cash Market | |
| (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Albritton, William H | 05/14/2007 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. -Blackrock Basic Value Fund (Reinvest. from ML Basic Value) | | | | | Reinvestment | 10/1 | K | | |
| 19. -Merrill Lynch Capital Fd Cl B | | | | | Sell | 5/17 | K | | |
| 20. -CD National City Bank | | | | | | | | | |
| 21. -Colonial Properties REIT | | | | | | | | | |
| 22. -Merrill Lynch Fundamental Growth D | | | | | | | | | |
| 23. -Merrill Lynch B&T RASP | | | | | | | | | |
| 24. -Cohen & Steers REIT&PFD Income FD | | | | | | | | | |
| 25. -Dow 30Premiun & Divd. Income Fund | | | | | Buy | 5/17 | K | | |
| 26. -Blackrock Real Asset Equity Trust | | | | | Buy | 12/17 | J | | |
| 27. -Lehman Bros. Bank FSB - CD | | | | | Buy | 5/18 | K | | |
| 28. -Private B & T Co. (Il) - CD | | | | | Buy | 5/17 | K | | |
| 29. Merrill Lynch - IRA (assets: lines 30-33) | A | Interest | J | T | | | | | |
| 30. -NM Household Fin. Corp. BE - bond | | | | | | | | | |
| 31. -NM General Motors Accept BE - Bond | | | | | | | | | |
| 32. -Templeton Growth Fd Cl C | | | | | | | | | |
| 33. -Countrywide Bank NA | | | | | Buy | 8/18 | J | | |
| 34. Colonial Properties REIT | B | Dividend | K | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| 3. Value Method Codes | Q =Appraisal | | S =Assessment | | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Albritton, William H | 05/14/2007 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Alabama State Public Schools and Colleges - bonds | A | Interest | J | T | | | | | |
| 36. Huntsville Madison Cnty Al Arpt Auth - bonds | A | Interest | J | T | | | | | |
| 37. Decatur, AL Wts Ser E Ambac | A | Interest | J | T | | | | | |
| 38. Crescent Real Est Eq Tax REIT | A | Dividend | K | T | Sell | 5/10 | K | B | |
| 39. Dow 30 Prem & Div Income Fund | B | Dividend | K | T | | | | | |
| 40. DWS Gold & Precious Metals Fd Cl (name change from Scudder) | B | Dividend | J | T | | | | | |
| 41. Mobile, AL Pub. Edl Bldg Bond | A | Interest | J | T | Buy | 3/23 | J | | |
| 42. Blackrock Real Asset Equity Trust | A | Dividend | J | T | Buy | 12/7 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Albritton, William H | 05/14/2007 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

#4 and #5. Legg Mason Partners Inv. Value FD O - Mutual Fund is the successor to Salomon Bros.

#14. Merrill Lynch - Cash Money Accounts is a name change from "Merrill Lynch Banking Advantage"

| Name of Person Reporting | Date of Report |
|---|---|
| Albritton, William H | 05/14/2007 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature_____ Date_____*May 14, 2007*_____

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544